J-S20027-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT OP 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | |
| JEMEIL MURPHY | : | |
| | : | No. 926 EDA 2022 |
| Appellant | : | |

Appeal from the Judgment of Sentence Entered November 22, 2021,
in the Court of Common Pleas of Philadelphia County,
Criminal Division at No(s): CP-51-CR-0006738-2019.

BEFORE:   DUBOW, J., KUNSELMAN, J., and COLINS, J.[*]

JUDGMENT ORDER BY KUNSELMAN, J.:                **FILED JUNE 21, 2023**

Jemeil Murphy appeals from the judgment of sentence imposed for his conviction of persons not to possess firearms. He challenges, *inter alia*, the denial of his motion to suppress. However, Murphy identified the wrong suppression judge in his statement of errors. As such, the Honorable Shanese Johnson, who presided over Murphy's suppression hearing, did not address her reasons for denying suppression in her opinion. Accordingly, we remand for Judge Johnson to file an opinion of her reasons for the order denying suppression within 40 days of the date of this order.[1]  Pa.R.A.P. 1925(a).

Case remanded.  Jurisdiction retained.

---

[*] Retired Senior Judge assigned to the Superior Court.

[1] At the suppression hearing, Judge Johnson stated certain factual findings on the record. N.T., 2/21/20, at 61–63. The supplemental opinion may include any additional factual findings that formed the basis to conclude that Officer Harper had reasonable suspicion to grab Murphy's hands and that Officer Barker had reasonable suspicion to inspect Murphy's pocket.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/21/2023